United States District Court
Southern District of Texas
**ENTERED**
January 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLISON HULETT | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-3003 |
| | § | |
| ASI LLOYDS AND TIFFINEY EADES | § | |
| | § | |
| | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between Allison Hulett ("Plaintiff"), and Defendants, ASI Lloyds and Tiffiney Eades ("Defendants"), the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendants.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS 20th day of January, 2017.

By: _____
PRESIDING JUDGE

**Agreed:**
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

_____
LaDonna G. Schexnyder
Texas Bar No. 24072938

9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com
**ATTORNEY FOR DEFENDANTS,
ASI LLOYDS AND TIFFINEY EADES**

AND

_____
Robert A. Pollom
Texas Bar No. 24041703
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
Robert@KRWLAWYERS.COM
**ATTORNEY FOR PLAINTIFF, ALLISON HULETT**